1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  MARK A. LIZARRAGA, CA Bar #186240
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   SHAWN JOSEPH COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-mj-00010 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. | ) | Date: February 22, 2006 |
| SHAWN JOSEPH COLLINS, | ) | Time: 10:30 a.m. |
| Defendant. | ) | Judge: Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for February 8, 2006, may be continued to **February 22, 2006 at 10:30 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: February 7, 2006                    MCGREGOR W. SCOTT
                                                    United States Attorney

By /s/ Sheila K. Oberto for
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: February 7, 2006                    DANIEL J. BRODERICK
                                                    Acting Federal Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: 2/13/2006

/s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. Magistrate Judge for the
Eastern District of California