```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  MARK A. LIZARRAGA, CA Bar #186240
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  SHAWN JOSEPH COLLINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-mj-00010 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; AND ORDER THEREON |
| v. | ) |
| | ) Old Date: 2/22/06 before Judge Snyder |
| SHAWN JOSEPH COLLINS, | ) |
| | ) NEW Date:   March 8, 2006 |
| Defendant. | ) Time:  10:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for February 22, 2006, may be continued to **March 8, 2006 at 10:30 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  ///

2  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

3  DATED:  February 21, 2006          MCGREGOR W. SCOTT
                                      United States Attorney

6                                     By /s/ Stanley A. Boone
                                      STANLEY A. BOONE
7                                     Assistant U.S. Attorney
                                      Attorney for Plaintiff

9  DATED: February 21, 2006           DANIEL J. BRODERICK
                                      Acting Federal Defender

12                                    By /s/ Mark A. Lizárraga
                                      MARK A. LIZÁRRAGA
                                      Assistant Federal Defender
13                                    Attorney for Defendant

15                          **O R D E R**

16  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

17  3161(h)(8)(A) and 3161(h)(B)(iv).

18  DATED: 2/22/2006

20                                     /s/ Sandra M. Snyder
                                      SANDRA M. SNYDER
                                      U.S. Magistrate Judge for the
21                                    Eastern District of California

Stipulation to Continue Status Conference          −2−

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference                      -3-