```
 1 | DANIEL J. BRODERICK, #89424
   | Acting Federal Defender
 2 | MARK A. LIZARRAGA, CA Bar #186240
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 2300 Tulare Street, Suite 330
 4 | Fresno, California 93721-2226
   | Telephone: (559) 487-5561
 5 |
   | Attorney for Defendant
 6 | SHAWN JOSEPH COLLINS
 7 |
 8 |              IN THE UNITED STATES DISTRICT COURT
 9 |             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,        )  NO. 1:06-mj-00010
   |                                  )
12 |           Plaintiff,             )  STIPULATION TO CONTINUE STATUS
   |                                  )  CONFERENCE; AND PROPOSED ORDER
13 |      v.                          )  THEREON
   |                                  )
14 | SHAWN JOSEPH COLLINS,            )  Date:  March 10, 2006
   |                                  )  Time:  10:30 a.m.
15 |           Defendant.             )  Judge: Hon. Lawrence J. O'Neill
   |                                  )
16 | _____ )
```

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18    counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

19    March 8, 2006, may be continued to **March 10, 2006 at 10:30 a.m.**

20          The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21    justice, including but not limited to, the need for the period of time set forth herein for effective defense

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  March 7, 2006                    MCGREGOR W. SCOTT
                                             United States Attorney

5 |                                          By /s/ Stanley A. Boone
                                             STANLEY A. BOONE
6 |                                          Assistant U.S. Attorney
                                             Attorney for Plaintiff

8 | DATED: March 7, 2006                     DANIEL J. BRODERICK
                                             Acting Federal Defender

11 |                                         By /s/ Mark A. Lizárraga
                                             MARK A. LIZÁRRAGA
                                             Assistant Federal Defender
12 |                                         Attorney for Defendant

19 | IT IS SO ORDERED.

20 | **Dated:   March 8, 2006**                    **/s/ Lawrence J. O'Neill**
21 | b9ed48                                  UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference            -2-