1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SHAWN JOSEPH COLLINS

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. 1:06-mj-00010
                                       )
12                  Plaintiff,         )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE; AND PROPOSED ORDER
13       v.                            )    THEREON
                                       )
14  SHAWN JOSEPH COLLINS,              )    Old Date: March 10, 2006
                                       )    Judge: Hon. Sandra M. Snyder
15                  Defendant.         )
                                       )    NEW Date:    March 15, 2006
16  _____   )    Time:  10:30 a.m.
                                            Judge: Hon. Lawrence J. O'Neill
17

18
        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective
19
    counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for
20
    March 10, 2006,  may be continued to **March 15, 2006 at 10:30 a.m. before Judge O'Neill.**
21
        The parties agree that the delay resulting from the continuance shall be excluded in the interests of
22
    justice, including but not limited to, the need for the period of time set forth herein for effective defense
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

1   ///

2   ///

3   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

4          DATED:  March 9, 2006                    MCGREGOR W. SCOTT
                                                    United States Attorney
5

6

7                                           By /s/ Sheila K. Oberto for
                                               STANLEY A. BOONE
8                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
9

10         DATED: March 9, 2006                     DANIEL J. BRODERICK
                                                    Acting Federal Defender
11

12                                          By  /s/ Mark A. Lizárraga
13                                              MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
14                                             Attorney for Defendant

15

16  IT IS SO ORDERED.

17  **Dated:    March 13, 2006**            _____/s/ Sandra M. Snyder_____
    icido3                                  UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28